UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-97-MOC

| | |
|---|---|
| DEANNA MALDONADO, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel consented to the Commissioner's Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a **REMAND** of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Signed: April 28, 2021

Max O. Cogburn Jr.
United States District Judge