# United States District Court
## Western District of North Carolina
## Statesville Division

| | |
|---|---|
| Deanna Maldonado, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00097-MOC |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2021 Order.

April 28, 2021

Frank G. Johns, Clerk
United States District Court