UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-97-MOC

| | |
|---|---|
| DEANNA MALDONADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Approval of Attorney's Fees. (Doc. No. 23). The motion is **GRANTED**.

The Commissioner of Social Security shall pay the sum of $8,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,200.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $8,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,200.00 and upon the payment of such sums, this case is dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Approval of Attorney's Fees, (Doc. No. 23), is **GRANTED**.

Signed: July 26, 2022

Max O. Cogburn Jr
United States District Judge